IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 1:14cv1112-MHT |
| | ) | (WO) |
| 2014 MERCEDES-BENZ GL350BLT, VIN: 4JGDF2EE1EA411100, with all appurtenances and attachments thereon, | ) ) ) ) | |
| | ) | |
| | ) | |
|     Defendant; | ) | |
| | ) | |
| NGHIA LE, | ) | |
| | ) | |
|     Claimant. | ) | |

## JUDGMENT

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

    (1) Claimant Nghia Le's motion to dismiss (doc. no. 6) is treated as a motion for summary judgment and said motion is granted.

    (2) Judgment is entered in favor of claimant Le and against plaintiff United States of America.

(3) Claimant Le's motion for return of property (doc. no. 6) is granted.

(4) Plaintiff United States of America is forthwith to return defendant 2014 Mercedes-Benz GL350BLT, VIN: 4JGDF2EE1EA411100, with all appurtenances and attachments thereon, to claimant Le.

It is further ORDERED that all other pending motions are denied as moot.

It is further ORDERED that costs are taxed against plaintiff United States of America, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 18th day of February, 2016.

                                                      __/s/ Myron H. Thompson__
                                                      **UNITED STATES DISTRICT JUDGE**