IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                           )<br>            Plaintiff,                       )<br>   v.                                                 )<br>                                                           )<br>2014 MERCEDES-BENZ GL350BLT,  )<br>VIN: 4JGDF2EE1EA411100, WITH    )<br>ALL APPURTENANCES AND            )<br>ATTACHMENTS THEREON,             )<br>                                                           )<br>            Defendant.                    )  | CIVIL ACTION NO.:<br>1:14-cv-1112-MHT<br>(WO) |

## CONSENT JUDGMENT

This court previously entered summary judgment (doc. no. 35) in favor of claimant Nghia Le ("Le") in this case. Thereafter, the United States and Le filed with this court a "Stipulation for Settlement of Attorney Fees" (doc. no. 39), which this court finds to be appropriate in this case.

Accordingly, it is ORDERED, ADJUDGED, and DECREED that the terms, provisions, and conditions of the Stipulation are hereby incorporated into this consent judgment as if fully setout herein and are hereby made an order of the court.

DONE, this the 25th day of March, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE